*J. Morrison*, *C. C. Nave* and *J. Witherow*, for the appellee.

Nov. Term,
**1861.**

MOFFITT
v.
BININGER.

---

## MOFFITT *v.* BININGER and Others.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by the appellees against the appellant on an account. Judgment for the plaintiffs by default, the Court assessing the damages.

It is objected, that process was not served in time. Service was had on *February* 2, the Court commencing on the

*Monday,*
*December 2.*

12th of the same month. This was sufficient. *Vide* Perk. Prac. 147, *et seq.*, and cases there cited. Again, it is claimed that a jury should have been called to assess the damages. In such cases, in actions founded on contract, the damages may be assessed by the court, a commissioner, or a jury. Code, § 367.

There is no error in the record.

The judgment is affirmed, with 5 per cent. damages and costs.

*F. Rand* and *R. Hall*, for the appellant.

*John L. Ketcham*, for the appellees.